216

## CARTER v. STATE.
### No. 23305.

Court of Criminal Appeals of Texas.
March 13, 1946.

Oak McKenzie, of Bryan, for appellant.

Ernest S. Goens, State's Atty., of Austin, for the State.

HAWKINS, Presiding Judge.

Conviction is for unlawfully carrying a pistol, punishment being a fine of $100.

No statement of facts or bills of exception are found in the record. Nothing is presented for review.

The judgment is affirmed.